COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Melvin McClinton
Rapides Parish Det. Ctr. 3 DOC No. 27741
7400 Academy Drive
Alexandria, LA 71303

REHEARING ACTION: December 8, 2010

**Docket Number: 10   01205-KH**

**STATE OF LOUISIANA**
**VERSUS**
**MELVIN MCCLINTON**

**Writ Application from Rapides Parish Case No. 302,362**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. James T. Genovese**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Melvin McClinton** has this day been

**DENIED.**

cc: James C. Downs, Counsel for  the Respondent